CSD 1100 [12/01/2020] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

Jason E. Turner, No. 160590

J TURNER LAW GROUP, APC

2563 Mast Way, Ste 202

Chula Vista, CA 91914

Ph; (619) 684-4005

Email: JTurner@jturnerlawgroup.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

GEOFF T. SAMUELS and KARLA SAMUELS

BANKRUPTCY NO. 21-00074-LT7

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Exhibit C: Attachment to Voluntary Petition B 1
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt for Individuals
- [x] Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [x] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule of Executory Contracts & Expired Leases
- [ ] Schedule of Co-Debtor
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2
- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Your Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Other:

Dated: June 1, 2021

Signature _____
Attorney for Debtor

CSD 1100

CSD 1100 (Page 2) [12/01/15]

## DECLARATION OF DEBTOR

I [We] _Geoff T. Samuels_ and _Karla Samuels_ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _2_ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: _June 1, 2021_  _____  _Karla Samuels_
                        *Debtor                    *Joint Debtor

*Pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain only the information to be changed or added. Pages from the original document which are not affected by the change are **not** to be attached.

   1.   Before each entry, specify the purpose of the amendment by inserting:
       a.   "ADDED," if the information was missing from the previous document filed; or
       b.   "CORRECTED," if the information modifies previously listed information; or
       c.   "DELETED," if previously listed information is to be removed.
   2.   At the bottom of each page, insert the word "AMENDED."
   3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; **DO NOT** serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

Amendments that fail to follow these instructions may be refused.
**Amendments filed **after** the case is closed are not entitled to a refund of fees**

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this Amendment on the following persons listed below via the following method(s):

1.   To Be Served by the Court via Notice of Electronic Filing ("NEF"):

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _6/1/2021_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

[X]   Chapter 7 Trustee: _Christopher R. Barclay : admin@crb7trustee.com_

[X]   For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

[ ]   For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

[ ]   For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/2020]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   6/2/2021
                    (Date)

_____
(Typed Name and Signature)
2563 Mast Way, Ste 202
(Address)
Chula Vista, CA 91914
(City, State, ZIP Code)

CSD 1100

**Fill in this information to identify your case:**

Debtor 1    **Geoff T. Samuels**

     First Name      Middle Name      Last Name

Debtor 2    **Karla Samuels**

(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number
(if known)

■ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | | Total claim |
|---|---|---|
| **Lakeshore House, LP** | Last 4 digits of account number   **XXXX** | **$775,000.00** |

**Lakeshore House, LP**
Nonpriority Creditor's Name

When was the debt incurred?   **CORRECTED ADDRESS**

**6037 S Fort Apache Rd Ste 130
Las Vegas, NV 89148-5564**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **business loan for Uniforms Express Intl**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1
Debtor 2 **Samuels, Geoff T. & Samuels, Karla**

Case number (f known) _____

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 775,000.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 775,000.00 |

Official Form 106 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     **Page 2 of 2**

Software Copyright (c) 2021 CINGroup - www.cincompass.com